OGLOZA FORTNEY LLP
   Darius Ogloza (SBN 176983)
   *dogloza@oglozafortney.com*
   David Fortney (SBN 226767)
   *dfortney@oglozafortney.com*
535 Pacific Avenue, Suite 201
San Francisco, California 94133
Telephone: (415) 912-1850
Facsimile: (415) 887-5349

Attorneys for Plaintiff
VERSION2 TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSION2 TECHNOLOGY, INC., a Delaware Company,<br><br>        Plaintiff,<br><br>   v.<br><br>NEILMED PHARMACEUTICALS, INC., a California corporation,<br><br>        Defendant. | **CASE NO. 3:16-CV-04720-LB**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff Version2 Technology, Inc. ("Version2") and Defendant NeilMed Pharmaceuticals, Inc. ("NeilMed") stipulate as follows:

WHEREAS, on August 17, 2016, Version2 filed its complaint for (1) attempted monopolization in violation of Section 2 of the Sherman Act, (2) declaratory relief, and (3) violation of California Business and Professions Code § 17200, *et seq.*; and

WHEREAS, the parties have engaged in settlement discussions, and have reached an agreement as to a settlement.

NOW, THEREFORE, the parties, through their respective counsel of record, hereby respectfully request that this Court dismiss this action with prejudice against Defendant NeilMed pursuant to FRCP 41(a)(1)(A).

SO STIPULATED.

Dated:  February 2, 2017                    FREEDMAN + TAITELMAN LLP

                                            By:   /s/ Steven Stiglitz
                                                  Michael Taitelman
                                                  Steven Stiglitz
                                                  Attorneys for Defendant
                                                  NeilMed Pharmaceuticals, Inc.

Dated:  February 2, 2017                    OGLOZA FORTNEY LLP

                                            By:   /s/ Darius Ogloza
                                                  Darius Ogloza
                                                  Attorneys for Plaintiff
                                                  Version2 Technology, Inc.

**[~~PROPOSED~~] ORDER**

Having considered the stipulated request of the parties to dismiss the August 17, 2016 complaint, and finding GOOD CAUSE therefor, the Court hereby issues the following Order:

The action is dismissed with prejudice as against Defendant NeilMed pursuant to FRCP 41(a)(1)(A).

IT IS SO ORDERED.

DATED: __3/31/2017__, 2016   _____

The Honorable Laurel Beeler

Judge of the Northern District of California